## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0005 | **DATE** | 1/4/2008 |
| **CASE TITLE** | USA vs. Patrick M. McKibbins | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Patrick M. McKibbins appears in response to arrest on 01/03/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Charles J. Aron of the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Detention hearing set for 01/07/08 at 1:30 p.m. Status hearing on preliminary examination set for 01/07/08 at 1:30 p.m. Defendant shall remain in custody pending trial or until further order of the Court.

*Geraldine Soat Brown*

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|