# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☒ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. McKIBBINS
FOR: Northern District of IL, Eastern Division

PERSON REPRESENTED (Show your full name): Patrick McKibbins

CHARGE/OFFENSE (describe if applicable & check box): 18 USC 2423(b) — ☒ Felony ☐ Misdemeanor

**Defendant – Adult** ☒

FILED January 4, 2008 — MAGISTRATE JUDGE GERALDINE SOAT BROWN, UNITED STATES DISTRICT COURT

DOCKET NUMBERS — District Court: 08CR0005

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☒ No
- IF NO, give month and year of last employment: 12/06
- How much did you earn per month? $1200 my takes
- If married is your Spouse employed? DNA

**OTHER INCOME**: ☒ No

**CASH**: ☒ No

**PROPERTY**: ☒ Yes — Value $1500 — 93 Saturn

**DEPENDENTS** — Marital Status: ☒ SINGLE — Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS**
| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Child Support | | $215 |
| Phone | | $60 |
| Insurance | | $60 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 1-4-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED):  Patrick McKibbins