## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0005 | **DATE** | 1/15/2008 |
| **CASE TITLE** | USA vs. Patrick M. McKibbins | | |

**DOCKET ENTRY TEXT**

Status hearing held. Defendant's counsel waives the presence of the defendant at this status hearing. Preliminary examination hearing set for 01/16/08 is stricken. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|