FILED
JAN 31 2008 NF
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 08 CR 5 |
| ) | |
| PATRICK M. MCKIBBINS ) | Violations: Title 18, United States Code, |
| ) | Sections 2422(b) and 2423(b) |
| ) | |
| ) | JUDGE GETTLEMAN |

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

Beginning on or about November 22, 2007, and continuing until on or about January 3, 2008, in the Northern District of Illinois, Eastern Division, and elsewhere,

PATRICK M. MCKIBBINS,

defendant herein, using a facility and means of interstate commerce, including interstate wire communications, did knowingly attempt to persuade, induce, and entice "Ashley," whom defendant believed to be a female minor who had not attained the age of 16 years, but who in fact was an undercover law enforcement officer, to engage in sexual activity for which the defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about January 3, 2008, in the Northern District of Illinois, Eastern Division, and elsewhere,

PATRICK M. MCKIBBINS,

defendant herein, did travel in interstate commerce from the state of Wisconsin, to the state of Illinois, for the purpose of engaging in a sexual act as defined in Title 18, United States Code, Section 2246, with "Ashley," whom defendant believed to be a female minor who had not attained the age of 16, but who in fact was an undercover law enforcement officer;

In violation of Title 18, United States Code, Section 2423(b).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY