Minute Order Form (rev. 4/99)

08 GJ 0016    NF

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | Morton Denlow |
|---|---|---|---|
| CASE NUMBER | 08 CR 0005 | DATE | JANUARY 31, 2008 |
| CASE TITLE | US v. PATRICK M. McKIBBINS | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Morton Denlow_

Docket Entry:

**NO BOND SET, DETAINED BY MAGISTRATE.**

FILED
JAN 31 2008   NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JUDGE GETTLEMAN**

**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____    (ONLY IF FILED UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices. | | Date mailed notice | |
| Mail AO 450 form. | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |