## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0005 | **DATE** | 02/05/08 |
| **CASE TITLE** | USA vs. Patrick M. McKibbins | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of the Indictment. Defendant enters plea of not guilty to each charge and all counts of the Indictment. Rule 16.1(A) conference to be held as soon as possible after the arraignment. Pretrial motions shall be filed on or before 02/19/08. Status hearing before Judge Gettleman is set for 02/19/08 at 09:15 a.m. Defendant will remain in custody pending trial or until further order of the court. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T).

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|