## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 Cr 05 | **DATE** | 3/26/2008 |
| **CASE TITLE** | U S A    vs    Patrick M. McKibbons | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   Leave is granted to Charles Aron to withdraw his appearance as counsel on behalf of defendant.  Leave is granted to Bart E. Beals to file his appearance as counsel on behalf of defendant. Arraignment held on superseding indictment.  Defendant enters plea of not guilty.  The Court deems the period of time from 3/26/2008 through 4/30/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing continued to 4/30/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:08