UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 5 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| PATRICK M. McKIBBINS | ) | |

**NOTICE OF MOTION**

TO:   Bart Beals
       150 North Michigan Ave, Suite 2800
       Chicago, IL 60601
       (312)863-8663

**PLEASE TAKE NOTICE** that on Tuesday, June 24, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Robert W. Gettleman in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Room 1703, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER TO PRESERVE PROPERTY FOR CRIMINAL FORFEITURE**, at which time and place you may appear if you see fit.

By:   /s/Bethany K. Biesenthal
       BETHANY K. BIESENTHAL
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 886-7629