UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 5 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| PATRICK M. McKIBBINS | ) | |

**NOTICE OF MOTION**

    Please take notice that on at 9:15 a.m. on July 10, 2008, I shall appear before Judge Robert W. Gettleman and present the attached Joint Motion for Extension of Time Within Which to File Motions *In Limine*, a copy of which is hereby served on you.

                                  By:/s/ Bethany K. Biesenthal
                                          BETHANY K. BIESENTHAL
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          219 S. Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 886-7629

**CERTIFICATE OF SERVICE**

    The undersigned Assistant United States Attorney hereby certifies that the Notice of Motion was served on July 7, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                  By:/s/ Bethany K. Biesenthal
                                            BETHANY K. BIESENTHAL
                                          Assistant United States Attorney
                                          U.S. Attorney's Office
                                          219 S. Dearborn Street
                                          Chicago, Illinois 60604
                                          (312) 886-7629