**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 08 CR 5 |
| | ) | |
| PATRICK MCKIBBINS | ) | Judge Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER AND
REQUEST FOR PRETRIAL RELEASE UNDER THE CONDITION OF HOME
CONFINEMENT**

The Defendant, Patrick McKibbins, by his counsel, Bart E. Beals, pursuant to

Fed. R. Crim. Proc. 12(d) requests that this Court reconsiders the detention order issued

on January 7, 2008 and grant him pretrial release under the condition of home

confinement for the following reasons:

1.      On January 7, 2008, the government moved for pre-trial detention of Mr.

McKibbins.  Mr. McKibbins did not contest the government's motion.

2.      Judge Geraldine Soat Brown granted the government's motion and

ordered Mr. McKibbins detained pending trial.  The court noted that the order "is

without prejudice to [Mr. McKibbins]'s right to move at a later time for pretrial release

on conditions."  See Exhibit A

3.      Mr. McKibbins would now like to exercise his right and request a

detention hearing.

4.      Mr. McKibbins is not a flight risk or danger to the community.  He has a

family that he can live with while he faces the charges in this case.

5.      He requests that this Honorable Court consider placing him on home

confinement.

WHEREFORE, Defendant seeks a hearing to present his arguments as to why the

court's detention order should be reconsidered and he should be granted release under the

condition of home confinement.

Respectfully submitted,

/s/ Bart E. Beals

Attorney for Patrick McKibbins

Bart E. Beals
150 N. Michigan
Suite 2800
Chicago, Illinois 60601
(312) 863-8663 (office)
(312) 893-3824 (fax)