## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 0005 | **DATE** | 1/7/2008 |
| **CASE TITLE** | USA vs. Patrick M. McKibbins | | |

**DOCKET ENTRY TEXT**

Status hearing held. Detention hearing held. Government moves for pretrial detention. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody pending trial or until further order of the Court. Preliminary Examination hearing set for 01/16/08 at 10:30 a.m. Defendant shall remain in custody pending trial or until further order of the Court.

Docketing to mail notices.

00:05 nfpc     00:10 det

| | Courtroom Deputy Initials: | NTF |
|---|---|---|