**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 08 CR 5 |
| | ) | |
| PATRICK MCKIBBINS | ) | Judge Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

To:    Bethany Biesenthal
       Assistant United States Attorney
       219 S. Dearborn, 5th Floor
       Chicago, IL 60604

     PLEASE TAKE NOTICE that on August 5, 2008 at 9:15 a.m., I shall appear before Judge Gettleman, in Courtroom 1703, and then and there present the Motion to Reconsider Detention Order and Request for Pretrial Release under the Condition of Home Confinement.

                        Respectfully submitted,

                        s/ Bart E. Beals_____
                        Bart E. Beals
                        Beals Law Firm
                        150 N. Michigan Ave
                        Suite 2800
                        Chicago, IL  60601
                        (312) 863-8663

- 2 -

**CERTIFICATE OF SERVICE**

I, Bart E. Beals, an Attorney, certify that on July 29, 2008, I served the

Motion to Reconsider Detention Order and Request for Pretrial Release under the Condition of

Home Confinement on the below listed party pursuant to Fed.R.Crim.P.49, L.R. 5.5, and the

General Order on Electronic Case Filing of the United States District Court for the Northern

District of Illinois, Eastern Division.

/s/ Bart E. Beals

Bethany Biesenthal
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604