UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.  08 CR 5 |
| | ) | |
| v. | ) | Judge Robert W. Gettleman |
| | ) | |
| PATRICK M. McKIBBINS | ) | |

<u>ADDITION OF COUNSEL</u>

Please take notice that in addition to Assistant United States Attorney Bethany K. Biesenthal, Assistant United States Attorney Michelle Nasser Weiss has also been designated as an attorney in the above captioned case on behalf of the United States Government.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney


    By:  <u>s/ Michelle Nasser Weiss</u>
         MICHELLE NASSER WEISS
         Assistant United States Attorney
         219 South Dearborn Street
         Chicago, Illinois 60604
         (312) 469-6201

July 30, 2008

CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following documents:

ADDITION OF COUNSEL

were served on July 30, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

s/ Michelle Nasser Weiss
MICHELLE NASSER WEISS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6201
