Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 05 | DATE | 8/5/2008 |
| CASE TITLE | 08 cr 05   U S A   vs   Patrick McKibbins | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [27] to reconsider detention is entered and continued to 8/12/2008, at 10:30 a.m.

The Court recommends defendant be detained at the Chicago Metopolitan Correctional Center until at least 8/12/2008.

[Docketing to mail notice]

00:37

| | Courtroom Deputy | GDS |
|---|---|---|