## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 5 |
| | ) | |
| PATRICK MCKIBBINS | ) | Judge Gettleman |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   Bethany Biesenthal
     Assistant United States Attorney
     219 S. Dearborn, 5th Floor
     Chicago, IL 60604

     PLEASE TAKE NOTICE that on September 9, 2008 at 9:15 a.m., I shall appear before Judge Gettleman, in Courtroom 1703, and then and there present the Agreed Motion for an Extension of Time to File Pretrial Motions.

                                                   Respectfully submitted,

                                                   s/ Bart E. Beals
                                                 Bart E. Beals
                                                 Beals Law Firm
                                                 150 N. Michigan Ave
                                                 Suite 2800
                                                 Chicago, IL  60601
                                                 (312) 863-8663

- 2 -

## CERTIFICATE OF SERVICE

I, Bart E. Beals, an Attorney, certify that on September 3, 2008, I served the Agreed Motion for an Extension of Time to File Pretrial Motions on the below listed party pursuant to Fed.R.Crim.P.49, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

/s/ Bart E. Beals

Bethany Biesenthal
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604