# Winfield Police Department Crime Report

Case No: ▓▓▓▓▓▓▓
Report No. ▓▓▓▓▓▓▓
Report Date: **11/26/2007**

Winfield Police Department
27w465 Jewell Rd
Winfield, IL 60190
630 933-7160

**4**

Page 4 of 5

On January 3, 2008, at around 0700hrs, Detective McIntyre signed onto AOL using the undercover screen name of AshleyPrncss0589, and noticed that Roads999666 was signed onto AOL, but had a message that stated he was currenlty away from his computer. At around 0820hrs Roads999666 showed he was currently back at his computer, but did not send AshleyPrncss0589 an IM. At around 0840hrs, AshleyPrncss0589 sent Roads999666 an IM with a smilie face. Roads999666 did not respond to that IM, and then signed off AOL.

On January 3, 2008, at around 1200hrs, Detective McIntyre was signed onto AOL with the undercover screen name of AshleyPrncss0589 and received an IM from Roads999666. Roads999666 asked where AshleyPrncss0589 was yesterday (January 3, 2008), and she stated she was online most of the day until around 5:30pm. Roads999666 asked if he could come see AshleyPrncss0589 today. AshleyPrncss0589 stated that was ok, and that her mom was working until around 7:00pm. Roads999666 then asked AshleyPrncss0589 to go to Yahoo so they could talk there. AshleyPrncss0589 signed onto Yahoo, and recieved an IM from deisel69a.
The conversation centered on how deisel69a was going to travel to Winfield, and stated he would get directions online. Deisel69a asked what the name of the park was and AshleyPrncss0589 stated it was Wynwood Park, Winfield. Deisel69a stated he needed to take a shower, and then he was going to leave to come to Winfield. Deisel69a stated he could not find Wynwood Park on the Interent and asked for a address, which AshleyPrncss0589 provided. Deisel69a stated he still could not find the park, and asked for AshleyPrncss0589's home address. AshleyPrncss0589 gave the address of 28w140 Marion St, Winfield, Illinois. (Vacant lot located a few blocks form Wynwood Park.) At around 1400hrs, deisel69a stated he was leaving his house and should be in Winfield at the park around 4:30pm. Deisel69a stated if he was running late, he would just goto AshleyPrncss0589's house. AshleyPrncss0589 stated that was not a good idea, and asked if deisel69a could call her on her phone when he gets to the park. Deisel69a stated that would be ok, and AshleyPrncss0589 gave the number of (630)665-4258. Deisel69a signed off Yahoo around 1403hrs.

Detective McIntyre was advised by ICE agents in Milwaukee that they were outside Patrick McKibbins address and that at around 1445hrs, a male subject left the residence in a purple Saturn sedan with Wisconisn registration. ICE agents stated that they were following the car, and that it had gotten onto I94 towards Chicago.

At around 1700hrs, officers from Winfield PD, Illinois Attorney General's office and ICE agents set up surveillance in the area of Wynwood Park. At around 1700hrs, Officer Reever informed Detective McIntyre that "Pat" had just called the number and that he was near "355". At around 17 30hrs, Detective McIntyre was informed by Officer Reever that "Pat" had just called and was somewhere close to Winfield. At around 1750hrs, an officer located at Beecher and Summit stated that a purple car with Wisconsin registration was headed west on Beecher towards Wynwood Park. Detective McIntyre noticed the Saturn turn onto Purity Lane towards the park's parking lot, the vehicle traveled down Purity Lane, and then pulled into the parking lot. The vehicle then pulled out of the lot and then proceeded back to Wynwood Rd and then back to Beecher heading eastbound. The vehicle drove around the area for approximatley 5 minutes, traveling back to the park, and then around the block again. Detective McIntyre was informed by Officer Reever that the undercover phone was ringing. Detective McIntyre asked that Officer Reever answer the phone, because the vehicle was parked on the roadway directly infront of the park. Officer Reever answered the phone and stated she would leave her house and be at the park in a few minutes. The vehicle then drove approximatley 1 block to River Ln, parked his car and turned off the lights. Dan Ferarro and Lindsey Chappell noticed the male subject exit the vehicle, and begin running south on River Ln, then west on Beecher Ave towards Wynwood Park. Approximately 2 mintues later, Detective McIntyre noticed a male subject run towards the park and run into the parking lot. (It should be noted that it was dark outside, and there was nobody at the park, or in the parking lot at this time.) The male subject was in the parking lot on foot, and then began to exit the parking lot, when the subject was taken into custody by officers at approximately 1805hrs. The male subject began saying how he was only going to kiss "her" and was not going to hurt "her." The male subject was transported back to the Winfield Police Dept, along with his vehicle.

Once at the Winfield Police Station, the male subject was placed into an interview room and searched. Officer Dewitt located a box of condoms in the male's coat pocket, along with a single condom in the same coat pocket. Detective McIntyre and Agent Chappell (ICE) went into the interview room to speak with the subject. The subject identified himself as Patrick M. McKibbins (11-10-65) and he lived at 6682 N. 90th Street in Milwaukee, Wisconsin. Patrick stated that he lives at that residence with his three brothers and his mother and father. Patrick stated that he came to Winfield on today's date to see a 15-16 year old female that he was speaking with online on both AOL and Yahoo. Detective McIntyre and Agent Chappell informed Patrick that he was under arrest, and that he needed to be read his Miranda rights. Agent Chappell read Patrick his Miranda rights from a pre printed form, which he stated he understood, and stated he wanted to speak with a lawyer before any questioning. Officers stated that was his right, and began to exit the room, when Patrick began making unsolicited statements about how he was not going to do anything, and that he knew what he did today by driving out to see a 15 year old female was wrong. Patrick was transported to Chicago PD holding by ICE. Patrick will be charged federally, and this case is closed by the Winfield Police Dept.

## Offense Detail: 1565 - INDECENT SOLICITATION OF A CHILD

| | | | | |
|---|---|---|---|---|
| Offense Description | 1565 - INDECENT SOLICITATION OF A CHILD | | | |
| IBR Code | 90Z - All Other Offenses | Location | 269 - PARK | No. Prem. Entered |
| IBR Group | B | Offense Completed? | Yes | Entry Method |
| Crime Against | | Offense Status | | Type Security |
| Using | | Hate/Bias | 88 - None (No Bias) | Tools Used |
| | | Domestic Violence | No | |

letRMS_CR.rtf v2f

08 CR 0005

Printed: January 9, 2008 - 11:46 AM

0037